UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KINGDOM OF BELGIUM, FEDERAL PUBLIC
SERVICE FINANCE,
                     Plaintiff,

          -against-

XIPHIAS LLC PENSION PLAN, et al.,
                     Defendants.
------------------------------------------------------------X

21 civ 6392 (JGK)
21 civ 6399 (JGK)
21 civ 6402 (JGK)
21 civ 6404 (JGK)
21 civ 6405 (JGK)
21 civ 6407 (JGK)
21 civ 6408 (JGK)

## ORDER

A pre-motion conference in this matter is scheduled for **Tuesday, October 26, 2021, at 3:30pm. Dial-in: 888 363-4749. Access code: 8140049.** The clerk shall close the letter motion filed in this matter on October 20, 2021 (Document 37), and all related cases.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 20, 2021

*The actions are stayed pending the deadlines to be set on October 26, 2021. So ordered.*
*10/20/21  U.S.D.J.*